CUMNER–JONES CO., Appellant, v. Walter C. HAYES, Receiver, etc.

No. 9337.

Circuit Court of Appeals, Eighth Circuit.

Feb. 12, 1932.

E. A. Prendergast, Henry C. Flannery, and Sumner B. Young, all of Minneapolis, Minn., for appellant.

H. Wayne Gates and Mortimer H. Boutelle, both of Minneapolis, Minn., for appellee.

PER CURIAM.

Appeal dismissed, without costs to either party in this court, per stipulation of parties.

Leo B. DE LANEY, Appellant, v. UNITED STATES of America.

No. 9177.

Circuit Court of Appeals, Eighth Circuit.

Dec. 9, 1931.

Roy Hamlin and Ben Ely, Jr., both of Hannibal, Mo., for appellant.

Louis H. Breuer, U. S. Atty., of Rolla, Mo., and Arthur A. Hapke, Asst. U. S. Atty., of St. Louis, Mo.

PER CURIAM.

Appeal dismissed under Rule 17.

In the Matter of Saul ELFENBEIN, Bankrupt. J. BROWN ELECTRIC WORKS, Inc., Appellant, v. IRVING TRUST COMPANY, Trustee in Bankruptcy, etc., Appellee.

No. 352.

Circuit Court of Appeals, Second Circuit.

May 2, 1932.

Shepard Broad, of New York City (J. Zachary Stein, of New York City, of counsel), for appellant.

Budd S. Weisser, of New York City, for trustee-appellee.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Order affirmed.

Jean or John ELIAS, Appellant, v. John D. NAGLE, as Com'r of Immigration, San Francisco, California, Appellee.

No. 6846.

Circuit Court of Appeals, Ninth Circuit.

May 17, 1932.

Before WILBUR and SAWTELLE, Circuit Judges, and NETERER, District Judge.

PER CURIAM.

Upon motion of appellant, ordered appeal dismissed; mandate forthwith.